# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XMISSION, L.C.,<br><br>                Plaintiff,<br><br>   v.<br><br>DOES 1-20,<br><br>                Defendants. | **ORDER GRANTING EX PARTE MOTION FOR EXPEDITED DISCOVERY (ECF No. 5)**<br><br>Civil No. 2:17-cv-01287-EJF<br><br>Magistrate Judge Evelyn J. Furse |

Upon Plaintiff XMission, L.C.'s Ex Parte Motion, consideration of the points and authorities, and for good cause shown, IT IS HEREBY ORDERED that the Court GRANTS Plaintiff XMission's Ex Parte Motion for Expedited Discovery (ECF No. 5.) XMission may immediately pursue discovery of Click Sales, Inc. d/b/a Clickbank limited to obtaining identifying and contact information for the Doe Defendants. This order does not preclude subpoena recipients from challenging the merits of a subpoena.

DATED this 19th day of December, 2017.

BY THE COURT:

_____
Evelyn J. Furse
United States Magistrate Judge