# Exhibit B – McClave Declaration

TYLER NEWBY (CSB No. 205790)
tnewby@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Specially Appearing
Defendants KEYNETICS INC. and
CLICK SALES INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM G. SILVERSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>KEYNETICS INC., CLICK SALES INC., and DOES 1-50 inclusive,<br><br>Defendants. | Case No.: 2:18-cv-4100-JAK-AGR<br><br>**DECLARATION OF CHRISTOPHER MCCLAVE IN SUPPORT OF DEFENDANTS KEYNETICS AND CLICK SALES OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |

I, Christopher McClave, declare:

1. I am the Chief Technology Officer at ClickBank, operated by Click Sales Inc. I am over eighteen years of age. I have personal knowledge of the facts in this declaration or base them on business records that have been provided to me, and if called as a witness could testify competently thereto.

2. I understand that in his First Amended Complaint in this matter Plaintiff William Silverstein asks the Court to grant a permanent injunction prohibiting Click Sales or Keynetics from "sending misleading commercial e-mail to Plaintiff or to Plaintiff's servers."

3. There is no platform or process for affiliates or vendors to send marketing emails through ClickBank. Accordingly, in order to comply with the injunction sought by Plaintiff, Click Sales would need to develop technology systems that it does not currently maintain to ensure that any commercial e-mails sent by sellers or affiliates are only sent through ClickBank servers. This would involve, at a minimum, creating new software features, purchasing or developing additional third-party tools, and hiring new staff or redistributing the time of existing personnel.

4. Click Sales does not currently possess any operating system or software for email servers that can reroute affiliate emails. To approximate the e-mail systems typically used by online marketers, such a platform would likely need to include many features that may not be obvious to the average email user, including the following: templates, automation tools, tagging and tracking tools, analytics, CAN-SPAM compliance, A/B testing capabilities, e-mail list segmentation, and more.

5. Click Sales could not simply purchase third-party software (or a combination of such software) off the shelf to create an e-mail feature within its existing platform—any such software would need to be integrated with ClickBank's existing technology, which would require significant time and

expense. Such integrations would include but not be limited to the following: ClickBank's single sign-on authentication process, its analytics features, its e-commerce engine, and its General Data Protection Regulation (GDPR) and other compliance processes.

6. To develop such a platform, and to maintain the software and troubleshoot the system, Click Sales would have to redistribute its software engineers' time. Just to scope and plan such a project may require the following staff, at these approximate salaries (not including employee benefits and similar costs):

<u>Staff</u>

Product Manager (1 @ $1,600/week)

Development Leads (2 @ $2,700/week each)

Enterprise Architect (1 @ $3,300/week)

DevOps (1 @ $2,000/week)

7. I estimate that the planning effort alone would take approximately 4 weeks of this team's time: 1 week to outline the feature set and scope of deliveries, and 3 weeks to create a project plan. Given the makeup of that team, I would expect it to cost approximately $49,000 to generate a plan for implementation. This estimate does not include any of the effort to build that platform as outlined above, to hire the team to manage it, nor to pay for costs associated with the services such as Amazon Web Services, through which Click Sales purchases cloud infrastructure.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of July, 2018 at Broomfield Colorado.

Christopher McClave