# EXHIBIT 1

| | |
|---|---|
| **From:** | Tyler Newby |
| **To:** | Cameron, Jordan |
| **Cc:** | Sapna Mehta |
| **Subject:** | RE: XMission / ClickBank - Draft Language to Affiliates re Suppression List |
| **Date:** | Wednesday, May 29, 2019 6:35:00 PM |
| **Attachments:** | image001.png |

Jordan,

[redacted]

Separately, could you please share the unredacted emails attached to Exhibit A so that we can investigate the sending of those emails?

Tyler